**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

DANAE MENDEZ-ARRIOLA, M.D.,

      Plaintiff,

v.                                CASE NO.: 3:09cv495/MCR/EMT

WHITE-WILSON MEDICAL CENTER, P.A.;
WHITE-WILSON PROPERTIES PARTNERSHIP;
WW REAL ESTATE, LLC; DOUGLAS W. RIGBY,
M.D.; and ALAN L. GIESMAN,

      Defendants.

                                            /

## O R D E R

Now pending in this matter are the Consented Motion for Extension of Time to Make Rule 26(a)(2) Disclosures filed by plaintiff (doc. 38); Defendants' Amended Motion for Extension to File Joint Report of Parties' Planning Meeting (doc. 49); and Defendants' Motion for a More Definite Statement or, In the Alternative, Motion to Dismiss (doc. 50). Upon review, the court will grant the motions for extension of time and furthermore stay these proceedings  pending a ruling on defendants' potentially dispositive motion.

Accordingly, it is ORDERED:

1.      Plaintiff's Consented Motion for Extension of Time to Make Rule 26(a)(2) Disclosures (doc. 38) is GRANTED.

2.      Defendants' Amended Motion for Extension to File Joint Report of Parties' Planning Meeting (doc. 49) is GRANTED.

3.      All proceedings herein are STAYED pending further order of the court.

**SO ORDERED** this  24th day of February, 2010.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNTIED STATES DISTRICT JUDGE**